**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jovan JORDAN, a/k/a Javon Jordan,**
**Defendant–Appellant.**

No. 12–7199.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 5, 2012.

Decided: Oct. 18, 2012.

Jovan Jordan, Appellant Pro Se. Richard Daniel Cooke, Assistant United States

---

Attorney, Richmond, Virginia, for Appellee.

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovan Jordan appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jordan*, No. 3:05–cr00486–HEH–2 (E.D.Va. July 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*